In the Matter of JOSE RIVERA, Appellant, v LUCIEN J. LECLAIRE, JR., as Commissioner of Correctional Services, et al., Respondents.

Decided February 12, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601).

Chief Judge LIPPMAN taking no part.